# DENIED
# BY ORDER OF THE COURT

**"CIVIL LOCAL RULE" REFERENCES IN STIPULATION DO NOT RELATE TO THIS DISTRICT. PLEASE CORRECT AND RESUBMIT IN PROPER CENTRAL DISTRICT FORM. YOU MAY CONSIDER USING JUDGE WILNER'S STANDARD PROTECTIVE ORDER ON COURT'S WEBSITE.**

MRW   8/1/2024

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIDA MINOR and ASHA AYANNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAVORITE WORLD, LLC,<br><br>Defendant. | Case No.: 2:24-cv-04425-JFW-MRW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: April 19, 2024<br>FAC Filed: July 3, 2024<br>Trial Date: August 26, 2025 |

1

[PROPOSED] ORDER

[PROPOSED] ORDER

Having read and considered the Parties Stipulated Protective Order, and finding GOOD CAUSE SHOWN, the Stipulated Protective Order is granted.

**IT IS SO ORDERED**.

**DENIED**

DATED:_____

_____
Hon. Michael R. Wilner
United States Magistrate Judge