**Thank you for re-submitting in proper format.   MRW**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIDA MINOR and ASHA AYANNA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FAVORITE WORLD, LLC,<br><br>　　　　　　　Defendant. | Case No.:  2:24-cv-04425-JFW-MRW<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br><br>Complaint Filed: April 19, 2024<br>FAC Filed:　　　July 3, 2024<br>Trial Date:　　　August 26, 2025 |

## [~~PROPOSED~~] ORDER

Having read and considered the Parties Stipulated proposed Protective Order **(proposed at Docket # 40)**, and finding GOOD CAUSE SHOWN, the Stipulated Protective Order is granted.

**IT IS SO ORDERED**.

DATED: August 5, 2024                              /s/ Judge Wilner

_____
Hon. Michael R. Wilner
United States Magistrate Judge