Brandon Brouillette (SBN 273156)
bbrouillette@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
**CROSNER LEGAL, P.C.**
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-763
Fax: (310) 510-6429

Attorneys for Plaintiffs Davida Minor and Asha Ayanna

[Additional counsel listed on next page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DAVIDA MINOR and ASHA AYANNA, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>FAVORITE WORLD, LLC; and DOES 1-100, inclusive,<br>Defendant. | Case No. 2:24-cv-4425-JFW-AJR<br>Honorable John F. Walter<br>Mag. Judge A. Joel Richlin<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: April 19, 2024<br>Removal Date: May 28, 2024 |

1
2  Russell M. Selmont (SBN 252522)
     rselmont@ecjlaw.com
3  Pooja S. Nair (SBN 281972)
     pnair@ecjlaw.com
4  Banu S. Naraghi (SBN 312754)
     bnaraghi@ecjlaw.com
5  **ERVIN COHEN & JESSUP LLP**
   9401 Wilshire Boulevard, Twelfth Floor
6  Beverly Hills, California 90212-2974
   Telephone: (310) 273-6333
7  Facsimile: (310) 859-2325
8
   Attorneys for FAVORITE WORLD, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Plaintiffs DAVIDA MINOR and ASHA AYANNA ("Plaintiffs") and FAVORITE WORLD, LLC ("Defendant") (collectively, "the Parties") have reached a settlement in principle to fully resolve this case on a class action basis via the mutual acceptance of a mediator's proposal.  The Parties still need to execute a Memorandum of Understanding, which will then be extrapolated into a longform settlement agreement.  Subject to the final execution of the settlement agreement, Plaintiffs anticipate being able to file a Motion for Preliminary Approval in 45 days' time.

As a result of the settlement, the Parties request that the Court refrain from issuing an order on Plaintiff's pending Motion for Class Certification (Dkt. 72) which was set to be heard on October 28, 2024 and taken under submission (Dkt. 94).

DATED:  November 5, 2024          ERVIN COHEN & JESSUP LLP
                                   Russell M. Selmont
                                   Pooja S. Nair
                                   Banu S. Naraghi


                                   By:      /s/ Pooja S. Nair
                                         Pooja S. Nair
                                         Attorneys for FAVORITE WORLD, LLC

17669.2:11362280.4

1

NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| DATED: November 5, 2024 | | CROSNER LEGAL, P.C. |

                                                       By:   /s/ Brandon Brouillette
                                                             Craig W. Straub
                                                             Brandon Brouillette
                                                             Zachary M. Crosner
                                                             Attorneys for DAVIDA MINOR and ASHA AYANNA

## SIGNATURE CERTIFICATION

     I hereby certify that the content of this document is acceptable to Pooja Nair, counsel for Defendant, and I have obtained his authorization to affix her electronic signature to this document.

                                                      */s/ Brandon Brouillette*
                                                      Brandon Brouillette