**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 24-4425-JFW(AJRx)**                          Date:  July 31, 2025

Title:       Davida Minor, et al. -*v*- Favorite World, LLC, et al.

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                              **None Present**
    **Courtroom Deputy**                          **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
        None                                    None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [filed 7/14/25; Docket No. 109]**

On July 14, 2025, Plaintiffs Davida Minor ("Minor") and Asha Ayanna ("Ayanna") (collectively, "Plaintiffs") filed a Motion for Preliminary Approval of Class Action Settlement ("Motion").  On July 21, 2025, Defendant Favorite World, LLC ("Defendant") filed a Statement of Non-Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for August 11, 2025, is hereby vacated and the matter taken off calendar. After considering the moving papers and Statement of Non-Opposition, and the arguments therein, the Court rules as follows:

For the reasons stated in the moving papers, the Court **GRANTS** Plaintiffs' Motion.  The Court approves and signs, as modified, the Proposed Order Granting Preliminary Approval of Class Action Settlement, Conditionally Certifying the Settlement Class, Providing for Notice, and Scheduling Order, lodged with the Court on July 14, 2025.  Docket No. 109-13.

IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_