UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-4425-JFW(AJRx)** | Dated: **December 15, 2025** |
| Title: | Davida Minor, et al. -v- Favorite World, LLC, et al. | |

PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Brandon Kyle Brouillette | Pooja Nair |

**PROCEEDINGS:** **MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND FOR APPROVAL OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS [116] Filed 11/17/25**

Case called, and counsel make their appearance.

For the reasons stated on the record, the Court grants the Motion for Final Approval of Class Action Settlement, and for Approval of Attorneys' Fees, Costs, and Service Awards [116] Filed 11/17/25.

The parties are ordered to submit a proposed judgment that conforms with the Courts ruling and on or before December 19th of 2025.

Initials of Deputy Clerk   sr

0/15